UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIMITRI ZAIMES, | : |
| Plaintiff | : CIVIL ACTION NO. 3:09-01964 |
| v. | : (JUDGE MANNION) |
| JEFFREY CAMMERINO, R. ANTHONY WALDRON III, TODD J KLIKUS, RICHARD KROTCHA, FRED GELDERMAN, BRIAN I STUART, RICHARD B. TUSSELL, LACKAWAXEN TOWNSHIP, | : |
| Defendants | : |

## ORDER

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendants' motions for summary judgement, (Doc. Nos. 24, 33), are **GRANTED**.

**(2)** The Clerk of Court is directed to **CLOSE** this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: August 5, 2013

O:\Mannion\shared\MEMORANDA - DJ\2009 MEMORANDA\09-01964-01-ORDER.wpd